AD:USAO 2010R00184

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * Criminal No. MJG-14-0336 |
| v. | * |
| | * (Health Care Fraud, 18 U.S.C. § 1347; |
| NICOLA TAURASO | * Aiding and Abetting, 18 U.S.C. § 2) |
| | * |
| Defendant | * |

*******

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

At all times material to this Indictment,

5. **NICOLA TAURASO** was a licensed physician in the State of Maryland. From 2009 through 2010, **TAURASO** operated a pain management clinic in Frederick, Maryland.

6. Medicare and Medicaid are health care benefit programs under 18 U.S.C. § 24(b). Neither Medicare nor Medicaid would pay for claims submitted by physicians for controlled substances pursuant to prescriptions that were not issued for a legitimate medical purpose.

7. A prescription for a controlled substance must be issued for a legitimate medical purpose by an individual medical practitioner acting in the usual course of his or her professional practice. Medical practitioners are responsible for properly prescribing controlled substances. A controlled substance prescription issued outside the usual course of professional treatment and that is not for a legitimate medical purpose is not a prescription within the meaning and intent of the law that otherwise permits the issuance and filling of prescriptions. Licensed physicians know that it is improper to issue or fill a controlled substance prescription that is issued outside the usual course of medical treatment.

### The Scheme to Defraud

4. Beginning in or about January 2009 and continuing through in or about December

2010, in the State and District of Maryland and elsewhere, the defendant,

**NICOLA TAURASO,**

knowingly and willfully devised and intended to devise a scheme and artifice to defraud Medicare and Medicaid, and to obtain from Medicare and Medicaid money and property by means of material false and fraudulent pretenses, representations, and promises, well knowing that the pretenses, representations, and promises would be and were false when made, as set forth more fully below.

5. It was part of the scheme and artifice to defraud that **NICOLA TAURASO** dispensed and distributed controlled substances pursuant to prescriptions that he knew were not written for a legitimate medical purpose.

6. It was part of the scheme and artifice to defraud that **NICOLA TAURASO** knew that he was dispensing and distributing excessive amounts of Schedule II drugs, primarily Oxycodone and Oxycontin, to customers who did not have a legitimate medical purpose for the drugs.

7. It was further part of the scheme and artifice to defraud that **NICOLA TAURASO** caused Medicare and Medicaid to improperly pay for controlled substances that he dispensed and distributed pursuant to prescriptions he knew had no legitimate medical purpose.

8. It was part of the scheme and artifice to defraud that **NICOLA TAURASO** illegally profited from the scheme to fraudulently bill Medicare and Medicaid for Schedule II drugs dispensed to customers who did not have a legitimate medical purpose for the drugs.

9. From sometime in or about January 2009 until in or about December 2010, in the State and District of Maryland, and elsewhere, the defendant,

**NICOLA TAURASO,**

knowingly and willfully executed, and attempted to execute, a scheme and artifice to defraud any health care benefit program, to wit, Medicare and Medicaid, and to obtain, by means of false and fraudulent pretenses, representations, and promises, any of the money and property owned by, or under the custody and control of any health care benefit program; to wit, **NICOLA TAURASO** submitted claims for controlled substances for which he knew there was no legitimate medical purpose.

18 U.S.C. § 1347
18 U.S.C. § 2

*Rod Rosenstein* /AOD

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED        7/9/14
Foreperson                Date

3