**U.S. Department of Justice**

United States Attorney
District of Maryland

Ayn B. Ducao
Assistant United States Attorney
Ayn.Ducao@usdoj.gov

Suite 400
36 S. Charles Street
Baltimore, MD 21201-3119

DIRECT: 410-209-4819
MAIN: 410-209-4800
FAX: 410-962-3091

January 5, 2016

The Honorable Marvin J. Garbis, III
United States District Court
101 W. Lombard Street
Baltimore, MD 21201

**VIA ELECTRONIC FILING**

Re:   United States v. Nicola Tauraso
      Criminal No. MJG-14-0336

Dear Judge Garbis:

I am writing to report on the status of above-captioned case as follows: (1) the Government hopes to produce one more round of discovery to defense counsel by mid-February 2016 and that will result in defense counsel having the vast bulk if not all of discovery by mid-February; (2) plea negotiations are ongoing and the parties have discussed the specific terms of possible resolution of this case; and (3) the parties ask to report further status by February 5, 2016.

Very truly yours,

Rod J. Rosenstein
United States Attorney

/s/
_____
Ayn B. Ducao
Assistant United States Attorney

cc:   Elizabeth G. Oyer, Esquire, and Patricia L. Richman, Esquire, counsel for defendant Nicola Tauraso, via ECF Filing

SO ORDERED, on <u>Wednesday, January 6, 2016</u>.

          /s/
_____
Marvin J. Garbis
United States District Judge