**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Ayn B. Ducao*
*Assistant United States Attorney*
*Ayn.Ducao@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4819*
*MAIN: 410-209-4800*
*FAX: 410-962-3091*

February 5, 2016

The Honorable Marvin J. Garbis, III
United States District Court
101 W. Lombard Street
Baltimore, MD  21201

**VIA ELECTRONIC FILING**

                                      Re:   United States v. Nicola Tauraso
                                               Criminal No. MJG-14-0336

Dear Judge Garbis:

      I am writing to report on the status of above-captioned case as follows: (1) the Government hopes to produce one more round of discovery to defense counsel by mid-February 2016 and a last round of discovery by end of February 2016; (2) plea negotiations are ongoing and the parties have discussed the specific terms of possible resolution of this case; (3) one of the undersigned defense counsel is engaged in a multi-week trial and so the parties need additional time for plea negotiations and (4) the parties ask to report further status by March 7, 2016.

                                                      Very truly yours,

                                                      Rod J. Rosenstein
                                                      United States Attorney

                                                        /s/

                                                        _____
                                                        Ayn B. Ducao
                                                       Assistant United States Attorney

cc:    Elizabeth G. Oyer, Esquire, and Patricia L. Richman, Esquire, counsel for defendant Nicola Tauraso, via ECF Filing

1