*U.S. Department of Justice*

*United States Attorney*
*District of Maryland*

*Ayn B. Ducao*
*Assistant United States Attorney*
*Ayn.Ducao@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4819*
*MAIN: 410-209-4800*
*FAX: 410-962-3091*

March 7, 2016

The Honorable Marvin J. Garbis, III
United States District Court
101 W. Lombard Street
Baltimore, MD  21201

**VIA ELECTRONIC FILING**

        Re:    United States v. Nicola Tauraso
                 Criminal No. MJG-14-0336

Dear Judge Garbis:

     I am writing to report on the status of above-captioned case as follows: (1) the Government is in the process of sending a written plea agreement to Defense counsel later this week; and (2) the parties propose to report on status in three weeks.

     Very truly yours,

     Rod J. Rosenstein
     United States Attorney

     /s/
_____
     Ayn B. Ducao
     Assistant United States Attorney

cc:    Elizabeth G. Oyer, Esquire, and Patricia L. Richman, Esquire, counsel for defendant Nicola Tauraso, via ECF Filing